**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

vs

**JOHNNY LEE WHIPPLE**

Case Number. 2:13-cr-111-FtM-38UAM

USM Number: 34139-018

George Ellis Summers, Jr. , AFPD
Suite 301
1514 Broadway
Ft Myers, FL 33901

**JUDGMENT IN A CRIMINAL CASE**
**For Revocation of Probation or Supervised Release**

The defendant admitted guilt to the following violation conditions: One, Two, Three, Four, Five, Six, and Seven of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Association with a person convicted of a felony in violation of Condition 9 | June 30, 2013 |
| Two | Failure to Notify the Probation Officer within 72 hours after being arrested or questioned by law enforcement officer in violation of Condition 11 | July 3, 2013 |
| Three | Failure to Comply with Curfew from 10PM - 6AM in Violation of the Special Condition | June 30, 2013 |
| Four | New Criminal Conduct , Possession With Intent to Sell, Manufacture, Deliver Cocaine occurring on August 7, 2013 | August 7, 2013 |
| Five | New Criminal Conduct, Possession of Cocaine, occurring on August 7, 2013 | August 7, 2013 |
| Six | New Criminal Conduct, Possession With Intent to Sell, Manufacture, Deliver Cocaine, occurring on August 20, 2013 | August 20, 2013 |
| Seven | New Criminal Conduct, Possession of Cocaine, occurring on August 20, 2013 | August 20, 2013 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

September 8, 2015

**Johnny Lee Whipple**
2:13-cr-111-FtM-38UAM

*/s/ Sheri Polster Chappell*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

September 8, 2015

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months and 1 day, consecutive to any state sentence imposed.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED

AO 245B (Rev. 4/09) Judgment in a Criminal Case